IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JOHN SAYED, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-06-2669 |
| | § | |
| | § | |
| THE DEPARTMENT OF AIR | § | |
| FORCE and COLONEL POOLE, | § | |
| | § | |
| Defendants. | § | |

### ORDER OF DISMISSAL

On November 10, 2006, the court ordered plaintiff to effect service. The court's order admonished plaintiff that failure to comply as directed would result in dismissal for want of prosecution. Plaintiff has failed to comply. This case is dismissed without prejudice, for failure to comply with the order of this court and for want of prosecution.

The plaintiff is advised, however, that upon compliance with the court's order, relief from this order may be granted in accordance with Rule 60(b), Fed. R. Civ. P.

SIGNED on January 8, 2007, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge